**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- X
:
LCSI HOLDINGS, LLC, WILMINGTON,           :
LUCERNE BRANCH and LACHMAN              :
CONSULTANT SERVICES, INC.,                    :
:
                    Plaintiffs,            :
:
      v.                                     :   Case No.: 1:19-cv-05304-GBD
:
THERAPURE BIOPHARMA, INC.,              :
CATALYST FUND LIMITED                        :
PARTNERSHIP II, and THE CATALYST    :
CAPITAL GROUP, INC.                              :
:
                    Defendants.         :
---------------------------------------------------------- X

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Jenny C. Gu hereby appears as counsel for Defendants Catalyst Fund Limited Partnership II and The Catalyst Capital Group, Inc. in the above-captioned action and that all papers in this action should be served upon her at the address listed below. The above-named Defendants expressly reserve all rights and defenses, whether jurisdictional, procedural, substantive, or otherwise, including lack of personal jurisdiction.

I certify that I am admitted to practice before this Court.

Dated: New York, New York
July 5, 2019

        SCHINDLER COHEN & HOCHMAN LLP

        /s/ Jenny C. Gu
        Jenny C. Gu
        100 Wall Street, 15th Floor
        New York, New York 10005
        T:  (212) 277 6325
        F:  (212) 277 6333
        jgu@schlaw.com

*Attorney for Defendants Catalyst Fund Limited Partnership II and The Catalyst Capital Group, Inc.*