**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X
                                                         :
LCSI HOLDINGS, LLC, WILMINGTON,    :
LUCERNE BRANCH and LACHMAN         :
CONSULTANT SERVICES, INC.,              :
                                                         :
                     Plaintiffs,                  :
                                                         :
        v.                         :   Case No.: 1:19-cv-05304-GBD
                                                         :
THERAPURE BIOPHARMA, INC.,          :
CATALYST FUND LIMITED                  :
PARTNERSHIP II, and THE CATALYST  :
CAPITAL GROUP, INC.                     :
                                                         :
                   Defendants.          :
------------------------------------------------------------ X

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Matthew A. Katz hereby appears as counsel for Defendants Catalyst Fund Limited Partnership II and The Catalyst Capital Group, Inc. in the above-captioned action and that all papers in this action should be served upon her at the address listed below. The above-named Defendants expressly reserve all rights and defenses, whether jurisdictional, procedural, substantive, or otherwise, including lack of personal jurisdiction.

I certify that I am admitted to practice before this Court.

Dated: New York, New York
July 5, 2019

SCHINDLER COHEN & HOCHMAN LLP

_____/s/ Matthew A. Katz_____
Matthew A. Katz
100 Wall Street, 15th Floor
New York, New York 10005
T:  (212) 277 6315
F:  (212) 277 6333
mkatz@schlaw.com

*Attorney for Defendants Catalyst Fund Limited Partnership II and The Catalyst Capital Group, Inc.*