**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X
                                                    :
LCSI HOLDINGS, LLC, WILMINGTON,     :
LUCERNE BRANCH and LACHMAN          :
CONSULTANT SERVICES, INC.,              :
                                                    :
                           Plaintiffs,                 :
                                                    :
            v.                                   : Case No.: 1:19-cv-05304-GBD
                                                    :
THERAPURE BIOPHARMA, INC.,           :
CATALYST FUND LIMITED                   :
PARTNERSHIP II, and THE CATALYST     :
CAPITAL GROUP, INC.                    :
                                                    :
                          Defendants.         :
------------------------------------------------------------ X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jonathan L. Hochman hereby appears as counsel for Defendants Catalyst Fund Limited Partnership II and The Catalyst Capital Group, Inc. in the above-captioned action and that all papers in this action should be served upon her at the address listed below. The above-named Defendants expressly reserve all rights and defenses, whether jurisdictional, procedural, substantive, or otherwise, including lack of personal jurisdiction.

I certify that I am admitted to practice before this Court.

Dated: New York, New York
July 5, 2019

                                  SCHINDLER COHEN & HOCHMAN LLP

                                  /s/ Jonathan L. Hochman
                                Jonathan L. Hochman
                                100 Wall Street, 15th Floor
                                New York, New York 10005
                                T:  (212) 277 6330
                                F:  (212) 277 6333
                                jhochman@schlaw.com

                                *Attorney for Defendants Catalyst Fund Limited Partnership II and The Catalyst Capital Group, Inc.*