**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

LCSI HOLDINGS, LLC, WILMINGTON, LUCERNE
BRANCH and LACHMAN CONSULTANT
SERVICES, INC.,

          Plaintiffs,

-against-

THERAPURE BIOPHARMA, INC., CATALYST
FUND LIMITED PARTNERSHIP II, and THE
CATALYST CAPITAL GROUP, INC.,

          Defendants.

------------------------------------x

ORDER

19 Civ. 5304 (GBD)

GEORGE B. DANIELS, United States District Judge:

  For the reasons stated on the record during today's oral argument, Defendant Therapure Biopharma, Inc.'s motion to dismiss Count I of Plaintiff's complaint, (ECF No. 19), is DENIED. Defendants Catalyst Fund Limited Partnership II and The Catalyst Capital Group, Inc.'s motion to dismiss Plaintiff's complaint, (ECF No. 23), is GRANTED.

  The Clerk of Court is directed to close the motions at ECF Nos. 19 and 23 accordingly.

Dated: New York, New York
   December 18, 2019

                 SO ORDERED.

                 *George B. Daniels*
                 GEORGE B. DANIELS
                 United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 19 2019