USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 09 2020

**EXHIBIT B**

SO ORDERED:

*George B. Daniels*

George B. Daniels, U.S.D.J.

Dated: JUL 0 9 2020

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

LCSI HOLDINGS, LLC, WILMINGTON, LUCERNE BRANCH and LACHMAN CONSULTANT SERVICES, INC.,

                Plaintiffs,

    -against-

THERAPURE BIOPHARMA, INC., CATALYST FUND LIMITED PARTNERSHIP II, and THE CATALYST CAPITAL GROUP, INC.

                Defendants.

------------------------------------------------------------X

Case No. 19-cv-5304

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs LCSI HOLDINGS, LLC, WILMINGTON, LUCERNE BRANCH and LACHMAN CONSULTANT SERVICES, INC., and Defendant THERAPURE BIOPHARMA, INC., by and through their undersigned counsel, hereby stipulate that the above-captioned action shall be and hereby is dismissed with prejudice.

Dated: July 8, 2020

**CUDDY & FEDER LLP**
*Attorneys for Plaintiffs*
445 Hamilton Avenue - 14th Floor
White Plains, New York 10601
Tel. (914) 761-1300
jkimerling@cuddyfeder.com

By: _____
      Joshua E. Kimerling

**NORTON ROSE FULBRIGHT**
*Attorneys for Defendant Therapure*
1301 Avenue of the Americas, New York,
New York 10019-6022
Tel +1 212 408 5457
victoria.corder@nortonrosefulbright.com

By: _____
      Victoria V. Corder, Esq.

13